# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED** SEP 02 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| vs. | ) | Case No. |
| Maria Martha Lopez | ) | 1:11-cr-00223-AWI |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Maria Martha Lopez, have discussed with Jacob Scott, Supervising Pretrial Officer, modifications of my release conditions as follows:

Add the following condition: **Your travel shall be restricted to the Eastern District of California, unless otherwise approved in advance by the Pretrial Services Officer.**

All other previously imposed conditions of release, not in conflict with this order, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_/s/ Maria M Lopez_ 7-27-11
Signature of Defendant — Date
Maria Martha Lopez

_/s/ Jacob Scott_ 7/27/11
Pretrial Services Officer — Date
Jacob Scott

I have reviewed the conditions and concur that this modification is appropriate.

_/s/_ 8/3/11
Signature of Assistant United States Attorney — Date
Kevin Rooney

I have reviewed the conditions with my client and concur that this modification is appropriate.

_/s/_ 2 Sept 11
Signature of Defense Counsel — Date
David Torres

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on 9/2/11.
[ ] The above modification of conditions of release is *not* ordered.

_/s/ Snyder_ 9/2/11
Signature of Judicial Officer — Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services