**DANIEL L. HARRALSON, SBN. 109322**
Daniel L. Harralson Law Corporation
Post Office Box 26688-6688
Fresno, California 93729-6688
Telephone (559) 486-4560
Facsimile (559) 486-4320
harralsonlaw@sbcglobal.net

Attorney for Defendant JOSE CHAVEZ-AGUILAR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>JOSE CHAVEZ-AGUILAR,<br><br>Defendant | ) Case No.: 1:11 CR 0223 AWI<br>)<br>) **STIPULATION AND ORDER TO**<br>) **CONTINUE SENTENCING HEARING OF**<br>) **MAY 7, 2012**<br>)<br>) Date:   June 11, 2012<br>) Time:   10:00 a.m.<br>) Judge:  Honorable Judge Ishii<br>)<br>) |

    **IT IS HEREBY STIPULATED between** the parties in this action, to request that the Court continue the current Sentencing date of **May 7, 2012,** to **June 11, 2012** or as soon thereafter as the Court deems appropriate.

    This continuance is necessary as Defendant, **JOSE CHAVEZ–AGUILAR** needs to complete his Safety Valve Interview to take advantage of the Plea Agreement.

\\\
\\\
\\\

\\\
\\\

**IT IS SO AGREED:**

Dated: May ____, 2012     **UNITED STATES ATTORNEY OFFICE**

_____/s/_____
**KEVIN ROONEY**
**Assistant United States Attorney**

Dated: May ____, 2012     **DANIEL L. HARRALSON LAW CORPORATION**

_____/s/ daniel harralson_____
**DANIEL L. HARRALSON, ESQ.**
**Attorney for Defendant**

Pursuant to the Parties' stipulation, sentencing in this matter will be held at 10:00 a.m. on June 11, 2012.

IT IS SO ORDERED.

Dated:  May 3, 2012          _____
                              CHIEF UNITED STATES DISTRICT JUDGE