BENJAMIN B. WAGNER
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
4-401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11 CR 223 AWI |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING DATE and ORDER |
| v. | |
| JOSE B. ROBLES, | |
| Defendant. | |

The parties to this case, the United States of America, by and through Benjamin B. Wagner, the United States Attorney for the Eastern District of California, and Assistant United States Attorney Kevin P. Rooney, and defendant Jose B. Robles, and his attorney, David Candelaria, stipulate as follows:

The sentencing date currently set for June 4, 2012 will be continued to July 23, 2012 at 10:00 a.m. This continuance is

///

1

requested to facilitate the safety valve procedure, pursuant to 18 U.S.C. §3553(f), as possible consistent with counsels' schedules and the transport capacity of the United States Marshall. So stipulated:

May 30, 2012  BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin P. Rooney
KEVIN P. ROONEY
Assistant U.S. Attorney

May 30, 2012  By: /s/ David Candelaria
DAVID CANDELARIA
Attorney for Defendant

**ORDER**

Pursuant to the stipulation of the parties, it is hereby ordered that the sentencing of defendant Jose Robles in this case is continued to July 23, 2012 at 10:00 a.m. or such later time or date as ordered by the court.

IT IS SO ORDERED.

Dated: May 30, 2012

CHIEF UNITED STATES DISTRICT JUDGE