**DANIEL L. HARRALSON, SBN. 109322**
Daniel L. Harralson Law Corporation
Post Office Box 26688-6688
Fresno, California 93729-6688
Telephone (559) 486-4560
Facsimile (559) 486-4320
harralsonlaw@sbcglobal.net

Attorney for Defendant JOSE CHAVEZ-AGUILAR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:11-CR-00223-AWI |
| Plaintiff | ) |
| vs. | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE SENTENCING HEARING OF** |
| | ) **JUNE 11, 2012** |
| JOSE CHAVEZ-AGUILAR, | ) |
| Defendant | ) Date: June 11, 2012 |
| | ) Time: 10:00 a.m. |
| | ) Judge: Honorable Judge Ishii |
| | ) |

**IT IS HEREBY STIPULATED between** the parties in this action, to request that the Court continue the current Sentencing date of **June 11, 2012,** to **July 16, 2012** or as soon thereafter as the Court deems appropriate.

This continuance is necessary as Defendant; **JOSE CHAVEZ–AGUILAR** needs to complete his Safety Valve Interview to take advantage of the Plea Agreement.

\\\
\\\
\\\
\\\
\\\

**IT IS SO AGREED:**

Dated: June 7, 2012          **UNITED STATES ATTORNEY OFFICE**

                                   */s/ kevin rooney*
                                   **KEVIN ROONEY**
                                   **Assistant United States Attorney**

Dated: June 7, 2012          **DANIEL L. HARRALSON LAW CORPORATION**

                                   */s/ daniel harralson*
                                   **DANIEL L. HARRALSON, ESQ.**
                                   **Attorney for Defendant**

# **ORDER**

**DEFENDANT** having filed a Stipulation to Continue Sentencing of June 11, 2012, good cause appearing,

**IT IS HEREBY ORDERED** that the Sentencing Hearing of June 11, 2012 be continued to July 16, 2012 at 10:00 a.m.

IT IS SO ORDERED.

Dated: June 7, 2012

CHIEF UNITED STATES DISTRICT JUDGE