1  **LAW OFFICE OF DAVID A. TORRES**
   Attorney at Law, SBN 135059
2  1318 K Street
   Bakersfield, CA 93301
3  Ph.: (661)326-0857
   Fax.: (661) 326-0936
4  e-mail: lawtorres@aol.com

5  Attorney for Defendant
   MARIA MARTHA LOPEZ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 11-CR-00223AWI |
| Plaintiff, | **STIPULATION AND ORDER TO ALLOW DEFENDANT TO TRAVEL OUT OF STATE** |
| vs. | |
| MARIA MARTHA LOPEZ | |
| Defendant, | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: ANTHONY W. ISHII:

**COMES NOW** Defendant, MARIA MARTHA LOPEZ, by and through her attorney of record, DAVID A. TORRES hereby requesting that she be allowed to travel out of the state from July 24, 2012 through July 28, 2012.

This is a mutual agreement between myself, and United States Attorney Kevin Rooney. This stipulation and proposed order is submitted with the approval of Pretrial Services Officer Monte Olsen.

| | |
|---|---|
| Dated: July 24, 2012 | /s/ David A. Torres<br>DAVID A. TORRES<br>Attorney for Defendant<br>Maria Martha Lopez |
| Dated: July 24, 2012 | /s/ Kevin Rooney<br>KEVIN ROONEY<br>U. S. Attorney |

## ORDER

**IT IS SO ORDERED** that the defendant, MARTHA MARIA LOPEZ, may, with the courts permission, travel to Nevada.

IT IS SO ORDERED.

Dated: July 25, 2012

CHIEF UNITED STATES DISTRICT JUDGE